IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **MYRNA HAMILTON, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| v. | ) | **CAUSE NO. 06-818-WDS** |
| | ) | |
| **MERCK & CO., INC., et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**O R D E R**

**STIEHL, District Judge:**

    This undersigned judge hereby **RECUSES** himself in the above matter, and **TRANSFERS** this case to the Clerk of the Court for reassignment.

    **IT IS SO ORDERED.**

    **DATED: November 8, 2006.**


                                            **s/ WILLIAM D. STIEHL**
                                                **DISTRICT JUDGE**


Case reassigned to United States District Judge J. Phil Gilbert.  All future pleadings shall bear Case No. 06-818-JPG.